STATE of Missouri, Plaintiff/Respondent,

v.

Oscar L. YOUNG, Defendant/Appellant.

Oscar L. YOUNG, Movant/Appellant,

v.

STATE of Missouri,
Respondent/Respondent.

Nos. 60312, 63501.

Missouri Court of Appeals,
Eastern District,
Division One.

Nov. 23, 1993.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Dec. 29, 1993.

Application to Transfer Denied
Feb. 22, 1994.

Robin Ransom, Asst. Public Defender, Clayton, for appellant.

3. Respondents' motion to strike portions of appellants' brief was ordered taken with the case.

Jeremiah W. (Jay) Nixon, Atty. Gen., Jennifer A. Glancy, Asst. Atty. Gen., Jefferson City, for respondent.

Before CRANDALL, P.J., and REINHARD and CRIST, JJ.

*ORDER*

PER CURIAM.

Defendant appeals his conviction, by a jury, of second degree assault, § 565.060, RSMo 1986, and armed criminal action, § 571.015.1, RSMo 1986. He was sentenced, in accordance with the jury's verdict on punishment, to two consecutive three year prison terms. He also appeals the denial, without an evidentiary hearing, of his Rule 29.15 motion for post-conviction relief.

We have reviewed the record and find the claims of error are without merit; the judgment of the motion court is based on findings of fact that are not clearly erroneous. A written opinion would have no precedential value nor serve any jurisprudential purpose. Rule 30.25(b); Rule 84.16(b).